UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN K. MCNEAL,

    Petitioner,

    v.

RICHARD MORGAN,

    Respondent.

Case No. C03-2822FDB

ORDER OF DISMISSAL

Defendant Morgan appealed that portion of the Court's order adopting the Report and Recommendation that vacated Petitioner's conviction for vehicular assault. The Ninth Circuit reversed that part of the judgment and denied the petition. Now, therefore, pursuant to the Ninth Circuit's judgment, this Court's judgment that "the conviction for vehicular assault is vacated" must be vacated and the petition must be denied. ACCORDINGLY,

IT IS ORDERED: In accordance with the Ninth Circuit's decision, this Court's Judgment that vacated the conviction for vehicular assault is VACATED, McNeal's Petition is DENIED and this cause of action is DISMISSED.

DATED this 3rd day of April, 2007.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1