# United States District Court

WESTERN DISTRICT OF WASHINGTON

JOHN K. McNEAL

       v.

RICHARD MORGAN

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C03-2822FDB

___    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED

    That in accordance with the Ninth Circuit's decision, this Court's Judgment that vacated the conviction for vehicular assault is VACATED, McNeal's Petition is DENIED and this cause of action is DISMISSED.


|   April 4, 2007   |     BRUCE RIFKIN     |
|---|---|
| Date | Clerk |

                                                 *s/CM Gonzalez*

                                               Deputy Clerk